IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RENEE KAY GRIGG, et al.,<br><br>    Defendants. | CASE: 2:06CR00027 TS<br><br><br>FINAL ORDER OF FORFEITURE<br><br><br>JUDGE: Ted Stewart |

WHEREAS, on August 10, 2007, this Court entered a Preliminary Order of Forfeiture, ordering the defendant to forfeit:

- Money Judgment in the amount of $68,759.73

WHEREAS, notice was served upon Renee Kay Grigg; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant(s) had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

- Money Judgment in the amount of $68,759.73

is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order

SO ORDERED; Dated this 27th day of December, 2007.

BY THE COURT:

_____
TED STEWART, Judge
United States District Court